UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 17-00163-02 |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| JAMES LEE LOGAN | MAGISTRATE JUDGE HORNSBY |

**ORDER**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count 1 of the Indictment.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 17th day of November, 2017.

*/S/ Maurice Hicks/*
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT